**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ARANTZA CASTRO,

        Plaintiff,

v.

WILLIAMS-SONOMA STORES, INC.
a Foreign For Profit Corporation,
D/B/A POTTERY BARN
AND
WILLIAMS-SONOMA, STORES, INC.,
a Foreign For Profit Corporation,
D/B/A POTTERY BARN KIDS

        Defendant.
_____/

CASE NO. 1:24-cv-20068-CMA

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's January 11, 2024 Order and Federal Rule of Civil Procedure 7.1, Defendant Williams-Sonoma Stores, Inc., by and through its undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

Williams-Sonoma Stores, Inc., is a wholly-owned subsidiary of Williams-Sonoma, Inc. No other company owns 10% or more of stock of Williams-Sonoma Stores, Inc.

The following persons, associated persons, firms, partnerships, and/or corporations have a financial interest in the outcome of this case:

- Arantza Castro – Plaintiff
- Diego German Mendez, Esq. – Counsel for Plaintiff
- Mendez Law Offices, PLLC – Counsel for Plaintiff
- Richard J. Adams, Esq. – Counsel for Plaintiff
- Adams & Associates, P.A. – Counsel for Plaintiff
- Williams-Sonoma Stores, Inc. – Defendant
- Williams-Sonoma, Inc. – Parent of Defendant

- Morgan, Lewis & Bockius LLP – Counsel for Defendant
- Beth S. Joseph – Counsel for Defendant.

Dated this <u>7th</u> day of February, 2024.

                                          Respectfully submitted,

                                          */s/ Beth S. Joseph*
                                          Beth S. Joseph
                                          Florida Bar No. 0062952
                                          Email: beth.joseph@morganlewis.com
                                          Morgan, Lewis & Bockius LLP
                                          600 Brickell Avenue
                                          Suite 1600
                                          Miami, FL 33131-3075
                                          Telephone: 305.415.3308
                                          Facsimile: 305.415.3001

                                          *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

Diego German Mendez, Esq.
Mendez Law Offices, PLLC
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email: info@mendezlawoffices.com

*Counsel for Plaintiff*

Richard J. Adams, Esq.
Adams & Associates, P.A.
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 786-290-1963
Facsimile: 305-824-3868
Email: radanslaw7@gmail.com

*Counsel for Plaintiff*